JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SHEETS, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>KAYDAN LOGISTICS LLC, a California limited liability company; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.: 5:22-cv-01744-JGB-SPx<br>*[Assigned to Hon. Judge Jesus G. Bernal]*<br><br>**ORDER ON STIPULATION REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT** |

### ORDER

Upon stipulation of the Parties, and for good cause appearing, the Court ORDERS as follows:

1. All dates presently all on calendar for this matter are vacated; and
2. Plaintiff's case is remanded to the Riverside County Superior Court.

IT IS SO ORDERED.

DATED: October 27, 2022

*/s/ signature*

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE